-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

RONALD A. BROWN,

        Plaintiff,

                                                 DECISION AND ORDER
      -v-                                        11-CV-6312L

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____

        Plaintiff has submitted a complaint to the Court and seeks permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. In order for the Court to grant this request, it needs sufficient information on which to base its determination.

        Here, the documentation plaintiff has submitted is inadequate to permit the Court to evaluate the request. Specifically, plaintiff has failed to provide information regarding his spouses income, resources and expenses in question 1, question 2. g., question 9 and question 10. Because the Court cannot grant the request on the basis of the information included in the application, plaintiff may have until **July 27, 2011** to submit a new application which includes all the necessary information, including the additional information described above.

        The Clerk of the Court is directed to send plaintiff a new form application to proceed as a poor person.

        By **July 27, 2011**, plaintiff must **either** submit a newly-completed application form which includes all of the above-described additional information needed for the Court's determination of the request **or** pay the full filing fee of $350.00. Plaintiff is forewarned that failure to comply with

this order by either submitting a new and complete application or paying the filing fee by the designated date will result in the dismissal of this case without prejudice.

    IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

DATED: June 23, 2011
Rochester, New York